UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHARON MORRIS, )
)
    Plaintiff, )
)
vs. ) Civil Action No.
) 00C 2225
OFFICER E. LAFORTEZA, STAR NO. )
18209, individually, and THE )
CITY OF CHICAGO, a municipal )
corporation, )
)
    Defendants. )

JUDGE HIBBLER
MAGISTRATE JUDGE ROSEMOND

**COMPLAINT AT LAW**

Plaintiff Sharon Morris, by and through her attorney, The Law Offices of Scott Norris, complaining of Defendants Officer E. Laforteza, Star No. 18209, in his individual capacity and The City of Chicago, a municipal corporation, states as follows:

**JURISDICTION AND VENUE**

1. This is a suit arising under 42 U.S.C. Section 1983 brought against Defendants Officer E. Laforteza and The City of Chicago. The jurisdiction of this Court is based upon a federal question pursuant to 28 U.S.C. Section 1331.

2. Venue in this district is proper under 28 U.S.C. Section 1391 (b). The Defendants reside or resided in this district and the events giving rise to Plaintiff's claims occurred here.

**PARTIES**

3. Plaintiff is a citizen of the United States and resides in Chicago, Cook County, Illinois.

4. Defendant Officer E. Laforteza was at all times relevant acting under color of his office as a Chicago police

officer and was employed by the Defendant City of Chicago, a municipal corporation.

5. Officer E. Laforteza is a person within the meaning of 42 U.S.C. Section 1983.

**COUNT I- EXCESSIVE FORCE UNDER SECTION 1983**

6. On or about January 4, 1999, Plaintiff was at her residence located at 3530 N. Albany in the City of Chicago, County of Cook, State of Illinois.

7. On the aforesaid date, Defendant Officer E. Laforteza without an arrest warrant or search warrant and without the consent or provocation of Plaintiff, pulled Plaintiff out of her home, threw Plaintiff onto the deck of her porch and threatened to spray Plaintiff with mace.

8. Plaintiff neither posed a threat of safety to Officer Laforteza nor was she committing a criminal offense prior to Defendant's wilful acts of throwing Plaintiff onto the porch and threatening to spray Plaintiff with mace.

9. The aforementioned actions of Defendant Officer E. Laforteza constitute an unreasonable and excessive use of force and deprived Plaintiff of her rights as secured by the Fourth and Fourteenth Amendments to the Constitution of the United States.

10. As a direct and proximate result of the above described wrongful and illegal actions, Plaintiff experienced pain and suffering and was upset, humiliated and embarrassed and sustained physical and psychological injuries.

WHEREFORE, Plaintiff Sharon Morris hereby demands trial by

jury and prays that this Honorable Court enter judgment in her favor and against Defendant E. Laforteza in an amount to be determined at trial plus attorney's fees and the costs of this suit.

### COUNT II (745 ILCS 10/9-102-DEFENDANT CITY OF CHICAGO)

11. Plaintiff realleges paragraphs 1-10 as paragraph 11 of Count II, as if fully set forth herein.

12. Defendant City of Chicago is the employer of Defendant Officer E. Laforteza.

13. Defendant Officer LaForteza committed the acts alleged under color of state law and in the scope of his employment as an employee of the Defendant City of Chicago.

Wherefore, should Defendant Officer LaForteza be found liable on one or more of the claims set forth above, Plaintiff demands that pursuant to 745 10/9-102, the Defendant City of Chicago be found liable for any judgment obtained thereon against said Defendant, including attorney's fees and costs awarded.

SHARON MORRIS

By: _____
Scott Norris
**LAW OFFICES OF SCOTT NORRIS**
2 N. LaSalle, Ste. 600
Chicago, IL  60602
312/630-0064

JS 44
(Rev. 11/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Sharon Morris

**DEFENDANTS**
Officer LaForteza and The City of Chicago

00C 2225

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

DOCKETED APR 13 2000

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Scott Norris
2 N. LaSalle, Ste. 600
Chicago, IL 60602
312/630-0064

ATTORNEYS (IF KNOWN)
JUDGE HIBBLER
MAGISTRATE JUDGE ROSEMOND

**II. BASIS OF JURISDICTION**
☒ 3 Federal Question (U.S. Government Not a Party)

**IV. ORIGIN**
☒ 1 Original Proceeding

**V. NATURE OF SUIT**
☒ 440 Other Civil Rights

**VI. CAUSE OF ACTION**
42 USC Section 1983 for excessive police force

**VII. REQUESTED IN COMPLAINT:**
DEMAND $ Undetermined
JURY DEMAND: ☒ YES

**DATE** 4/4/00

SIGNATURE OF ATTORNEY OF RECORD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of    Sharon Morris

vs.

Officer LaForteza and
The City of Chicago

**00C 2225**

Case Number: **00C 2225**

FILED-ED5    00 APR 11 PM 4: 05    CLERK U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff Sharon Morris

JUDGE HIBBLER

MAGISTRATE JUDGE ROSEMOND

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE |
| NAME: Scott Norris | NAME |
| FIRM: Law Offices of Scott Norris | FIRM |
| STREET ADDRESS: 2 N. LaSalle, Ste. 600 | STREET ADDRESS |
| CITY/STATE/ZIP: Chicago, IL 60602 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: 312/630-0064 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |
| **(C)** | **(D)** |
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM    DOCKETED |
| STREET ADDRESS | STREET ADDRESS    APR 13 2000 |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.